■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH GEORGE BELL, Appellant. [623 NYS2d 115] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered April 6, 1989, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the

third degree, and criminal possession of a controlled substance in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Copertino, Pizzuto and Goldstein, JJ., concur.